**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**KAITLIN GATES ENGLER**                                    **CIVIL ACTION**

**V.**                                                      **NO. 25-145**

**PAYCOM PAYROLL, LLC**                                     **SECTION: C (1)**

**ORDER AND REASONS**

Before the court is Defendant Paycom Payroll, LLC's Motion to Strike the Declarations of Nino Smith and Emily Herring filed on February 2, 2026 (R. Doc. 40). The motion is **DENIED AS MOOT**.

Plaintiff, Kaitlin Gates Engler, submitted two declarations in opposition to Paycom's motion for summary judgment.[1] Nino Smith and Emily Herring are former Paycom sales managers. Paycom moves to strike both declarations, arguing they rest on speculation, lack foundation, contain hearsay, and address matters irrelevant to Engler's claims.[2]

The court has ruled on Paycom's motion for summary judgment without relying on the Smith or Herring declarations.

Accordingly;

**IT IS ORDERED** that Defendant Paycom Payroll, LLC's Motion to Strike the Declarations of Nino Smith and Emily Herring (R. Doc. 40) is **DENIED AS MOOT**.

New Orleans, Louisiana, this 30th day of June, 2026.

_____
WILLIAM J. CRAIN
UNITED STATES DISTRICT JUDGE

---

[1]    R. Doc. 38-9 (Smith Decl.); R. Doc. 38-10 (Herring Decl.).
[2]    R. Doc. 40-1 at 1.

1